Lena HARDAWAY; Angelene Hardaway, Plaintiffs-Appellants,

v.

EQUITY RESIDENTIAL MANAGEMENT LLC, Defendant-Appellee.

No. 16-1940

United States Court of Appeals, Fourth Circuit.

Submitted: January 26, 2017

Decided: February 7, 2017

Lena Hardaway; Angelene Hardaway, Appellants Pro Se. Jason M. St. John, Nicholas Charles Stewart, Saul Ewing, LLP, Baltimore, Maryland, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders dismissing their complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hardaway v. Equity Residential Mgmt., LLC, No. 8:13–cv–00149–DKC, 2015 WL 858086, 2016 WL 3957648 (D. Md. Feb. 26, 2015 & July 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED